■ In the Matter of Jason F., a Person Alleged to be a Juvenile Delinquent, Appellant. [698 NYS2d 146] —Order of disposition, Family Court, Bronx County (John Hunt, J.), entered on or about April 1, 1998, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant committed acts which, if committed by an adult, would constitute the crimes of grand larceny in the fourth degree, robbery in the third degree and criminal possession of stolen property in the fifth degree, and placed him on probation for a period of 2 years, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the court's determinations concerning identification and credibility. Concur—Ellerin, P. J., Rosenberger, Tom, Andrias and Buckley, JJ.

■ The People of the State of New York, Respondent, v Jose Gonzalez, Appellant. [698 NYS2d 145] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered February 27, 1997, convicting defendant, after a jury trial, of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 9 to 18 years, unanimously affirmed. The verdict was not against the weight of the evidence. We see no reason to disturb the jury's determinations concerning credibility.

The court's supplemental charge, in which it instructed the jury that second-degree manslaughter did not have an intent element, was a correct statement of the law (*People v Trappier*, 87 NY2d 55; *People v Gallagher*, 69 NY2d 525) that could not have been misunderstood by the jury as directing a verdict of first-degree manslaughter. Concur—Ellerin, P. J., Rosenberger, Tom, Andrias and Buckley, JJ.